# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| AJB ENTERPRISES, LLC, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | :  Case No. 16-cv-2117 |
| | : |
| JOHN DOE I, | : |
| JOHN DOE II, | : |
| JOHN DOE III, | : |
| JOHN DOE IV, and | : |
| AMAZON.COM INC. | : |
| | : |
| Defendants. | : |

## ORDER TO SHOW CAUSE

Plaintiff, AJB Enterprises LLC is a Connecticut limited liability company that manufactures and sells massage and fitness related products, including the Body Back Buddy trigger point massage tool. Compl, ECF No. 1, 10. Plaintiff filed this action against Amazon.com, which sells the Back Buddy, and several unnamed defendants ("the John Doe Defendants"). The Complaint alleges that the John Doe Defendants violated the Lanham Act, the Racketeer Influenced Corrupt Organizations Act, and Plaintiff's rights under Connecticut state common law. *Id.* at Counts 1-7. Specifically, AJB alleges that the John Doe Defendants made false and malicious representations using software programs designed by Defendant Amazon to police intellectual property infringement, causing Amazon to erroneously remove the Back Buddy from its online marketplace. *Id*. at 1.

AJB has also requested a Temporary Restraining Order enjoining the John Doe Defendants "from filing complaints or taking any action whatsoever, of any kind or nature, against Plaintiff AJB Enterprises LLC." Pl.'s Amd. Mot. for Temp. Restraining Order and Order

to Show Cause, ECF No. 5, at 2.  On December 29, 2016, the Court scheduled a telephonic status conference to discuss AJB's request for preliminary injunctive relief for for Tuesday, January 3, 2017 at 3:30 p.m. EST.  Scheduling Order, ECF No. 15.  Neither defendant appeared at the conference.  Attorney Anthony Handal appeared on behalf of the Plaintiffs and represented that AJB was resolving its dispute with Amazon out of court.

      The Court has considered the Complaint, the exhibits thereto, and AJB's amended motion for preliminary relief.  At this point, the Court makes no determinations as to these motions.  Upon considering AJB's allegations, however, IT IS HEREBY ORDERED THAT:

1. The John Doe Defendants show cause why the Court should not grant Plaintiff's motion for a Temporary Restraining Order, to the extent that it applies to the John Doe Defendants, or issue other similar relief.

2. The John Doe Defendants are ordered to make this showing at an evidentiary hearing before the undersigned at 2:00 p.m. on January 5, 2016 in Courtroom Two of the United States Courthouse, 915 Lafayette Boulevard, Bridgeport, Connecticut 06604.

3. Plaintiff shall serve a copy of this order upon the John Doe Defendants no later than January 4, 2016, and shall file proof of such service on the docket by that date.

4. Plaintiff also shall be prepared to submit evidence in support of its requests for relief at the January 5, 2016 hearing.

SO ORDERED at Bridgeport, Connecticut this 3rd day of January, 2017.

                                        /s/ Victor Bolden
                                        VICTOR A. BOLDEN
                                        UNITED STATES DISTRICT JUDGE